1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    SALVADOR N. NEGRETE,                    Case No.  13-cv-05079-JD
8
9                        Plaintiff,          **ORDER GRANTING EXTENSION**
10          v.
11
12    G. D. LEWIS, et al.,                   Re: Dkt. No. 24
13
14                        Defendants.
15
16          Defendants have filed a motion for revoke plaintiff's in forma pauperis status and a motion
17   to dismiss.  Plaintiff has filed an opposition to the motion to revoke his in forma pauperis status,
18   but he has requested another extension to respond to the motion to dismiss.  The motion to dismiss
19   was filed on May 22, 2014, and plaintiff has already had more than three months to file a
20   response.   The motion for an extension (Docket No. 24) is **GRANTED** and the opposition is due
21   on **September 26, 2014**.  However, no further extensions will be granted.
22          **IT IS SO ORDERED.**
23   Dated:  October 3, 2014
24                                     _____
25                                     JAMES DONATO
                                       United States District Judge
26
27
28

*United States District Court*
*Northern District of California*

1

2

3

4                     UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    SALVADOR N. NEGRETE,                    Case No.  13-cv-05079-JD

                   Plaintiff,
8
                                             **CERTIFICATE OF SERVICE**
           v.
9
10   G. D. LEWIS, et al.,

                   Defendants.
11

12         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13   District Court, Northern District of California.

14         That on 10/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Salvador N. Negrete ID: P-49458
     Pelican Bay State Prison
18   P.O. Box 7500
     Crescent City, CA 95531
19

20

21   Dated: 10/3/2014

22

23                                           Richard W. Wieking
                                             Clerk, United States District Court
24

25

26   By:_ *Lisa R. Clark* ___
     LISA R. CLARK, Deputy Clerk to the
27   Honorable JAMES DONATO

28