United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR N. NEGRETE,

    Plaintiff,

  v.

G. D. LEWIS, et al.,

    Defendants.

Case No. 13-cv-05079-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 30

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **April 20, 2015**.

This order terminates Docket No. 30.

**IT IS SO ORDERED.**

Dated: 3/17/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge