UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR N. NEGRETE,

            Plaintiff,

     v.

G. D. LEWIS, et al.,

            Defendants.

Case No.  13-cv-05079-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. No. 36

---

      Good cause appearing, plaintiff's request for an extension of time to file his second amended complaint is GRANTED.  Plaintiff shall file his second amended complaint within **45 days** from the filing date of this order.

      Pursuant to plaintiff's request, the Clerk of the Court shall provide plaintiff with a blank civil rights complaint form.

      This order terminates Docket No. 36.

      **IT IS SO ORDERED.**

Dated:  8/7/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California