UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR N. NEGRETE,<br><br>    Plaintiff,<br><br>  v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-05079-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 38 |

Good cause appearing, plaintiff's second request for an extension of time to file his second amended complaint is GRANTED. Plaintiff's second amended complaint, filed September 25, 2015, is deemed timely filed.

This order terminates Docket No. 38.

**IT IS SO ORDERED.**

Dated: 10/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge