UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR N. NEGRETE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. D. LEWIS, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-05079-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 60 |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment is GRANTED. Defendants shall file their reply by **July 11, 2016**.

This order terminates Docket No. 60.

**IT IS SO ORDERED.**

Dated: 6/28/2016

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge