1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6                            EUREKA DIVISION
7
8    SALVADOR N. NEGRETE,                    Case No.  13-cv-05079-HSG   (NJV)
              Plaintiff,
9
        v.                                   **REPORT OF PRO SE PRISONER**
10                                           **EARLY SETTLEMENT PROCEEDING**
     G. D. LEWIS, et al.,
11
              Defendants.
12
13

14        A settlement conference was held on January 27, 2017 at Pelican Bay State Prison, and the

15   results of that proceeding are indicated below:

16        (1)  The following individuals, parties, and/or representatives participated in the

17            proceeding, and each possessed the requisite settlement authority:

18            ( X )  Plaintiff,  Salvador Negrete Pro Se.

19            (  )  Warden or warden's representative

20            ( X )  Office of the California Attorney General, Jill O'Brien.

21            (  )  Other:

22        (2) The following individuals, parties, and/or representatives did not appear:

23        _____

24        (3)  The outcome of the proceeding was:

25            ( X )  The case has been completely settled.

26            (  )  The case has been partially resolved and counsel for defendants shall file a joint

27   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28   attached remain for this Court to resolve.

United States District Court
Northern District of California

( )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: January 27, 2017



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR N. NEGRETE,

          Plaintiff,

     v.

G. D. LEWIS, et al.,

          Defendants.

Case No.  13-cv-05079-HSG   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salvador N. Negrete ID: P-49458
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: January 30, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3